| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | Case No.: 22-12066-JNP<br>Adv. No.: 23-1151-JNP<br><br>Hearing Date:<br>Judge: Jerold N. Poslusny, Jr. |
| In Re:<br>PETER V. PIROZZI and TRACEY A. PIROZZI,<br><br>Debtors. | |
| UNITED STATES SURETY COMPANY,<br><br>Plaintiff(s)<br>v.<br>PETER V. PIROZZI and TRACEY A. PIROZZI,<br><br>Defendant(s) | |

**ORDER**

The relief set forth on the following pages, numbered two (2) through ___(3)___, is **ORDERED**.

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962
(973) 993-8100
Attorneys for Plaintiff,
United States Surety Company

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: PETER V. PIROZZI and TRACEY A. PIROZZI,<br><br>Debtors. | Chapter 7<br><br>Case No.: 22-12066-JNP |
| UNITED STATES SURETY COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>PETER V. PIROZZI and TRACEY A. PIROZZI,<br><br>Defendants. | Adversary Proceeding No. 23-01151-JNP<br><br>**STIPULATION AND CONSENT ORDER** |

IT IS HEREBY STIPULATED AMONG THE PARTIES, AND ORDERED BY THE COURT, that:

1. Fox Rothschild LLP ("Fox") has been retained by Peter V. Pirozzi and Tracey A. Pirozzi to represent them in connection with the above-referenced adversary proceeding. Fox acknowledges service of the Summons and Adversary Complaint on behalf of Mr. and Mrs. Pirozzi.

2. The time for Mr. and Mrs. Pirozzi to answer, move or otherwise respond to the Adversary Complaint is hereby extended on consent through and including August 18 2023.

Dated: 7/19/2023

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

Scott A. Levin and Gary D. Bressler
1617 John F. Kennedy Blvd., Suite 1500
Philadelphia, PA 19103
(215) 557-2900
Attorneys for Plaintiff,
United States Surety Company

Dated: 7/19/23

FOX ROTHSCHILD LLP

Michael Menkowitz
2000 Market Street, 20th Floor
Philadelphia, PA 19103
(215) 299-2000
Attorneys for Defendants,
Peter V. Pirozzi and Tracey A. Pirozzi

So-Ordered:_____
Hon. Jerold N. Poslusny, Jr., U.S.B.J.